## IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JUDY ABRAHAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO.: 1:14-CV-1756-LMM |
| KIMBERLY-CLARK GLOBAL SALES, | ) |
| LLC | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ORDER

Pending before the Court is the Parties' Joint Motion to Approve Settlement and Dismiss Action with Prejudice [19]. On February 10, 2015, the Court conducted a telephone conference on the Parties' Motion. The Court heard argument from the parties and made findings of facts and conclusions of law on the record regarding the reasonableness of the settlement. The Court concluded that the settlement was reasonable and should be approved except that: the confidentiality provision in paragraph 6 should be stricken. This provision impermissibly frustrates the implementation of the FLSA.

IT IS HEREBY ORDERED, that the Joint Motion to Approve Settlement and Dismiss Action with Prejudice filed by the Plaintiff and Defendant is GRANTED subject to the change above, and that the action is DISMISSED with prejudice, each party to bear his/her or its own costs. The Court shall retain jurisdiction to address

any disputes between the parties regarding settlement agreement. The Clerk is also DIRECTED to close this case.

IT IS SO ORDERED, this 10th day of February, 2015.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE